BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: *admin@sdlawoffice.net*

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MOISES BALTAZAR CRUZ-MIRANDA, an individual; IVONNE ELENA GOMEZ RAMOS, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY DAN-PATRICK McCALL, an individual; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00581-JAD-NJK<br><br>**Stipulation and Order for Dismissal with Prejudice**<br><br>ECF No. 33 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Moises Baltazar Cruz-Miranda and Ivonne Elena Gomez Ramos, and Defendant, Anthony Dan-Patrick McCall, by

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

Dated this 11th day of June, 2021          Dated this 2nd day of July, 2021

    Stephenson & Dickinson                      Gina Corena & Associates

By: _____/s/ Bruce Scott Dickinson_____    By: _____
BRUCE SCOTT DICKINSON, ESQ.           GINA M. CORENA, ESQ.
Nevada Bar No. 002297                        Nevada Bar No. 010330
2820 West Charleston Blvd., Suite B-17      BETSY C. JEFFERIS, ESQ.
Las Vegas, NV 89102                           Nevada Bar No. 012980
P: 702- 474-7229                                300 S. Fourth Street, Suite 1250
F: 702-474-7237                                  Las Vegas, NV 89101
*Attorneys for Defendant*                      T: 702-680-1111
                                                    F: 888-897-6507
                                                    gina@lawofficecorena.com
                                                    betsy@lawofficecorena.com
                                                    *Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

                                                                                 _____

Submitted by:                                      U.S. District Judge Jennifer A. Dorsey
                                                        Dated: June 18, 2021

STEPHENSON & DICKINSON, P.C.

By: _____/s/ Bruce Scott Dickinson_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
email: *admin@sdlawoffice.net*
*Attorneys for Defendant*